In the Matter of the Application of Herbert H. Childs, Respondent, for Payment of an Award for Premises Shown as Damage No. 7 on the Damage Map of the Commissioners of Estimate and Assessment in Proceedings to Acquire Title to Hawkstone Street, from Walton Avenue to the Grand Boulevard and Concourse, Confirmed December 14, 1908. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William A. Woodbury and James M. Harkow, Appellants, v. Robert Buggeln, Respondent, Impleaded with Charles H. Geilfus and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Featherstone Foundry and Machine Company, Respondent, v. New York Breweries Company, Limited, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Judicial Settlement of the Account of Proceedings of Henry R. Ickelheimer, as Executor, etc., of Charles Rubens (also Known as Samuel Woog), Deceased, Respondent. Ernest Dreyfus and Others, Appellants. — Order affirmed, with ten dollars costs and disbursements. No opinion. (Ingraham, J., dissenting.)

Alice Vignier Densmore, Respondent, v. Darsa James Densmore, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of William J. Hotz and Frank J. Casey, Composing the Firm of Hotz & Casey, Respondents, for an Order Requiring Ward B. Yeomans, Appellant, to Pay Over Moneys Received by Him Belonging to said Hotz & Casey.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William W. Doty, Appellant, v. Washington F. Norton, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Clementine M. Silverman, Respondent, v. Silverman-Jones Construction Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Samuel J. Stiebel and Others, Appellants, v. John Grosberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Francis H. Ross, Respondent, v. Philip Epstein, Appellant, Impleaded with Nathan Jacobs and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Boris Kazman, Respondent, v. Lyons Beet Sugar Refining Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Lillian M. Hoffman, Respondent, v. Carl E. Hoffman, Appellant.— Order modified by reducing alimony to ten dollars per week, and counsel fee to fifty dollars. As so modified, order affirmed, without costs. No opinion. Settle order on notice.

The People of the State of New York v. John Green. The People of the State of New York v. Richard Moore. The People of the State of New York v. Mary Dale. Richard A. Springs v. David W. James. Felix H. Levy v. Alfred Jaeckel. Richard V. Mattison v. Agnes Mattison. Twelfth Ward Bank

v. Gus Luckes. Isaac Dinein v. Samuel Colcord. Jerome S. Luneschloss v. J. Weinberg. Irwin Merkel v. William J. Murray.— Motions to dismiss appeals granted unless appellants comply with conditions stated in orders.